COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| Texas Mutual Insurance Company, | § | No. 08-18-00147-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Anita Dejaynes, Individually and as Next friend of Alysse Dejaynes, Noah Matthew Dejaynes, and Emma Michelle Dejaynes, Minor Children, | § | of Ward County, Texas |
| | § | (TC# 15-12-23771-CVW) |
| | § | |
| Appellee. | | |

# **O R D E R**

The notice of appeal was received and filed in this office on August 20, 2018. The final judgment does not reflect the date it was signed by the trial court judge. *See* TEX.R.CIV.P. 306a(2). It is, therefore, ORDERED that the Honorable Mike Swanson, Judge of the 143rd District Court of Ward County, Texas, enter a *nunc pro tunc* final judgment reflecting the date on which the judgment was previously signed. The *nunc pro tunc* final judgment shall be filed with the District Clerk of Ward County, Texas, and the District Clerk shall include said *nunc pro tunc* final judgment in the clerk's record.

IT IS SO ORDERED this 20th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.